## GRAFTON.

## SCHOOL-DISTRICT v. SELECTMEN.

The proper remedy for an assessment of a school-district tax upon persons not taxable in the district, is an application made by them for an abatement.

PETITION, entered at the law term, by school-district No. 6 in Orford, against the selectmen of Orford, for a reässessment of a school-district tax, the assessment of which was ordered by a writ of mandamus in *School-District* v. *Carr, ante, p.* 201.   The complaint is, that some of the persons on whom the defendants made the assessment are not taxable in the district.

*Bingham, Mitchells & Batchellor*, for the plaintiffs.

DOE, C. J.   The appropriate remedy for an assessment of the tax upon persons not taxable in the district is an application made by them for an abatement.   *Locke* v. *Pittsfield (ante, p.* 122); *School-District* v. *Carr (ante, p.* 201, 206).

*Petition dismissed.*

All concurred.